UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY AUSBORN,<br><br>    Plaintiff,<br><br>  v.<br><br>CHCF, et al.,<br><br>    Defendants. | No.  2:20-cv-0593-KJM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 15, 2020, the court recommended that this action be dismissed after plaintiff failed to file an amended complaint in accordance with the court's April 23, 2020 screening order. ECF Nos. 8 & 11. Plaintiff now seeks an extension of time to file an amended complaint. ECF No. 14. Good cause appearing, IT IS ORDERED that:

1. The June 15, 2020 findings and recommendations (ECF No. 11) are WITHDRAWN;
2. Plaintiff's request for an extension of time to file an amended complaint (ECF No. 14) is GRANTED; and

/////

/////

/////

/////

3.  Plaintiff shall file an amended complaint within 60 days from the date of this order. Failure to so comply will result in another recommendation of dismissal for the reasons stated in the April 23, 2020 screening order (ECF No. 8).

Dated:  July 20, 2020.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE